IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARBARA WELLS                                                                                          PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:18-CV-156-SA-DAS

HOBBY LOBBY STORES, INC., et al.                                                          DEFENDANTS

ORDER

On September 25, 2018, the Court entered an Order [6] granting attorney Yancy B Burns' Motion to Withdraw [5] from the representation of the Plaintiff. Now before the Court is the Defendant's Motion to Dismiss for Failure to Prosecute [7] pursuant to the Federal Rule of Civil Procedure Rule 41(b).

The Order [6] provided that the Plaintiff had "21 days from the date of this order in which to either retain new counsel (who shall file a formal notice of entry of appearance within this specified time) or inform the court in writing of her intent to proceed pro se (without counsel)." The Court cautioned the Plaintiff "that failure – without sufficient cause – to comply with this order may subject her to sanctions, including, but not limited to, dismissal of this lawsuit for failure to prosecute and/or failure to obey a court order." The Plaintiff failed to comply with the Court's Order [6] and has not participated in the prosecution of her case.

Given that the Plaintiff has failed to comply with the Court Order [6], the Defendant's Motion [7] is GRANTED. This case is DISMISSED without prejudice.

It is SO ORDERED, on this the 27th day of February, 2019.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE